CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RVLp

AUG 09 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE,<br>　　Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:13-cv-00143 |
| v. | ) <br> ) | **ORDER** |
| HAROLD CLARKE, et al.,<br>　　Defendants. | ) <br> ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants Clarke and Mathena's motion to dismiss is **GRANTED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record.

ENTER: This 9th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge