CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

MAR 11 2014

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH VALENTINE AWE, ) | Civil Action No. 7:13-cv-00143 |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| HAROLD CLARKE, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Plaintiff's motion to compel and motion to show defendant's statements are lies in need of formal address are **DENIED**; Dr. Miller's motion for summary judgment is **GRANTED**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 11th day of March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge